**FILED**

07/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0203

JOEY ZAHARA,

      Plaintiff/Appellant,

  v.

ADVANCED NEUROLOGY SPECIALISTS,

      Defendant/Appellee.

_____

## ORDER FOR EXTENSION OF TIME
## TO FILE RESPONSE TO OPENING BRIEF

_____

On Appeal from the Eighth Judicial District of the State of Montana, in and for Cascade County, Cause No. CDV-14-093; The Honorable John Kutzman

_____

Daniel J. Flaherty
Paul Gallardo
FLAHERTY GALLARDO
LAWYERS
P.O. Box 1968
Great Falls, MT  59403
daniel@greatfallsfirm.com
paul@greatfallsfirm.com

Martha Sheehy
SHEEHY LAW FIRM
P.O. Box 584
Billings, MT  59103
msheehy@sheehylawfirm.com
  *Attorney for Appellant*

Peter J. Stokstad
Elijah L. Inabnit
GARLINGTON, LOHN &
ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
pjstokstad@garlington.com
elinabnit@garlington.com

John J. Ramar (*pro hac vice*)
RAMAR & PARADISO, P.C.
2151 Livernois Road, No. 300
Troy, MI 48083
Telephone (313) 965-4525
jramar@ramarparadiso.com
  *Attorneys for Appellee*

Upon consideration of Appellee's Unopposed Motion for Extension of Time to File Brief, and for good cause appearing therein,

IT IS HEREBY ORDERED that Appellee is granted an extension of time up to and including August 17, 2024, within which to prepare, file, and serve its combined Response to Opening Brief and Cross-Appeal Brief.

ELECTRONICALLY dated and signed below.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 1 2024